UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| K. O.,<br><br>  Plaintiff,<br><br>v.<br><br>FRASER COHEN, et al.,<br><br>  Defendants. | Case No. 24-cv-03844-JSW<br><br>**ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED; VACATING INITIAL CASE MANAGEMENT CONFERENCE** |

This action was filed on June 26, 2024. (Dkt. No. 1, Compl.) Plaintiff K.O. has not filed proof of service on Defendants, which was due by September 24, 2024. *See* Fed. R. Civ. P. 4(m). Further, Plaintiff has twice missed a deadline to submit a case management statement. (Dkt. Nos. 6, 8.)

Accordingly, Plaintiff is ORDERED TO SHOW CAUSE why this action should not be dismissed without prejudice for failure to serve pursuant to Rule 4(m). Plaintiff must respond, in writing, no later than November 18, 2024. Failure to respond may result in imposition of sanctions, up to and including dismissal of this action.

The Court VACATES the case management conference scheduled for November 8, 2024.

**IT IS SO ORDERED.**

Dated: November 4, 2024

_____
JEFFREY S. WHITE
United States District Judge